

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2021

No. 04-20-00467-CV

**IN RE** Stephen Patrick **BLACK,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1805-CV
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The panel has considered the appellant's motion to amend motion for rehearing and the motion is GRANTED. The appellant's amended motion for rehearing is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court